**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

RICKEY MCKINNEY                                                                              PLAINTIFF

v.                                              No. 1:13CV00038 JLH

MIDLAND SCHOOL DISTRICT                                                           DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Midland School District on the claims of Rickey McKinney. The claims of Rickey McKinney are dismissed with prejudice.

IT IS SO ORDERED this 21st day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE